UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAPSTONE, INC., <br>     Plaintiff, <br> v. <br> LITURGICAL PUBLICATIONS INC., <br>     Defendant. | Case No. 18-cv-07095-VC <br><br> **ORDER TO SHOW CAUSE** |

By February 22, 2019, Liturgical Publications is ordered to show cause why both it and its counsel should not be sanctioned pursuant to the Court's inherent authority for failing to appear at the February 19, 2019, case management conference. If sanctioned, Liturgical Publications will be required to pay the plaintiff's attorney's fees for preparing for and attending the case management conference. A hearing on the order to show cause will be held on March 21, 2019, with the hearing on the motion to remand.

In its opposition to the motion to remand, Liturgical Publications should specify which party drafted the forum-selection clause at issue. If Yapstone disagrees with Liturgical Publications' assessment, it may address that on reply. *See Dodd v. iGATE Tech., Inc.*, No. 15-cv-00431-VC, 2015 WL 1843036, at *1-2 (N.D. Cal. Apr. 8, 2015).

**IT IS SO ORDERED.**

Dated: February 20, 2019

_____
VINCE CHHABRIA
United States District Judge